# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

The Aulson Company, Inc.                    CIVIL 08-5179 (PGS)

    V.

Athanasios Koussouris, et al

                            O R D E R

It appearing that proceedings in the above matter have been stayed,

It is on this 31st day of July 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

PETER G. SHERIDAN, U.S.D.J.